Form to be used by a prisoner filing a civil rights complaint under

THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

PRENTESS JACKSON #709995
**Full name of Plaintiff, Prisoner Number**

Sec. P
**Civil Action**

VS.

**Judge**

James R. Lesturge.
**Full Name of Defendant**

**Magistrate Judge**

## COMPLAINT

I. **Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes _____ No ✓

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county or parish):

_____

2. Name the parties to the previous lawsuit(s):
Plaintiffs: _____

Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: _____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which Has been dismissed?
Yes_____   No ✓

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g. frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.)

_____

_____

II.  A. Name of the institution and address of current place of confinement:

*Avoyelles Parish-Jail-675 government, St. Marksville, LA. 71351.*

B. Is there a prison grievance procedure in this institution?
Yes ✓   No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes_____   No ✓
If Yes, what is the Administrative remedy Procedure Number?_____

2. If you did not file an administrative grievance, explain why you have not done so.

*This is Not Beauregard Parish, And the Warden is Refusing us Having Administrative Remedies.*

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

Attach a copy of each prison response and /or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

A. Name of Plaintiff PRENESS JACKSON #109995

Address AVOYELLS PARISH JAIL - 675 GOVERNMENT ST.

B. Defendant, James R. Lestage, Beauregard is employed as DISTRICT ATTORNEY at BEAUREGARD PARISH

Defendant, _____, is employed as _____ at _____

Defendant, _____, is employed as _____ at _____

Additional defendants: _____

IV. **Statement of Claim**

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Plaintiff, PRENESS JACKSON, alleges that HE WERE forced to take AN unlawful sentence against His will, which i feel that is unconstitutional, And that violates Plaintiff Right's to A-fair trial, which "James R. Lestage, Had committed the crime of Malfeasance in office is committed when Any Public officer or Public Employee shall; intentionally Refuse or fail to perform Any duty lawfully required of him, as such officer

OR EMPLOYEE, OR INTENTIONALLY PERFORM ANY SUCH DUTY IN AN UNLAWFUL MANNER, WHICH THIS IS A-CONFLICT-OF-INTEREST AND ILLEGAL BINDING IN THIS CASE-OF-MIND.

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

THAT MY SENTENCE BE OVERTURNED AND I, BE WARDED WITH THE SUM OF (4.4) BILLION DOLLARS

## VI. Plaintiff's Declaration

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

C. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 6 day of JUNE, 20 22

#109995                                         PRENTSS JACKSON
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**